ANTHONY GALVANO, Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries claimed to have been sustained by the plaintiff by reason of falling on ice on the sidewalk on Thirty-eighth street, between Twelfth and Thirteenth avenues, Brooklyn, on the 2d day of February, 1934, judgment in favor of the plaintiff and against the defendant reversed on the law and the facts, with costs, and the complaint dismissed on the law, with costs. We are of opinion that it now appears that the accident could not have happened because of a dangerous condition existing prior to the snowfall of February 1, 1934, and, therefore, that no actionable negligence was established against the city. Lazansky, P. J., Hagarty, Adel and Taylor, JJ., concur; Carswell, J., dissents and votes to affirm the judgment.

FLORENCE HALPERIN and MAX HALPERIN, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Action by the plaintiffs, husband and wife, to recover damages for personal injuries sustained by the plaintiff wife and for medical expenses and loss of services by the plaintiff husband, resulting from the claimed negligence of the defendant in the maintenance of the landing or step of a stairway in a multiple dwelling house owned and controlled by the defendant and in which the plaintiffs were tenants. Judgment in favor of the plaintiffs and against the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of NANCY S. BARNS, Appellant, v. NELSON C. OSBORNE and Others, Constituting the Board of Appeals of the Village of East Hampton, N. Y., Respondents.— Proceeding to review the determination of the board of zoning appeals of the village of East Hampton, which denied appellant's application for a variance to permit the erection of an automobile service station. Order dismissing appellant's petition affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of the Application to Revoke Letters Testamentary of JENNIE SANTORO, as Executrix, etc., of MARIA CAGGIANO, Deceased. JENNIE SANTORO, as Executrix, etc., of MARIA CAGGIANO, Deceased, Appellant; ALBERT CAGGIANO, JOSEPHINE IMMITI, LAURO CAVALLO, PASQUALE CAGGIANO and FLORA GIANANDREA, Respondents.— Decree of the Surrogate's Court of Richmond County, revoking letters testamentary issued to Jennie Santoro, and removing her as executrix of the estate, unanimously affirmed, with costs to all respondents filing briefs, payable out of the estate. The record discloses that appellont destroyed the bank statements and paid herself commissions without first obtaining an order of the court, and otherwise conducted herself in a manner showing that she has not a proper understanding of her duties as executrix. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.